IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-00005-AP**

**TRACY C. SINGLETARY,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand, filed June 27, 2005. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: June 28, 2005

                              BY THE COURT:

                              S/**John L. Kane**
                              SENIOR JUDGE,
                              UNITED STATES DISTRICT COURT